# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JAMES LOGAN, SR., on behalf of himself and all others similarly situated,** | § § § | |
| **Plaintiff(s),** | § | |
| v. | § § | Civil Action No. <u>**4:25-cv-00238-O**</u> |
| **UNITED STATES RAILROAD RETIREMENT BOARD,** | § § § | |
| **Defendant(s).** | § | |

## RETURN OF SERVICE

Came to my hand on **Thursday, March 20, 2025 at 10:16 AM,**
Executed at: **844 NORTH RUSH STREET, CHICAGO, IL 60611**
at **12:40 PM,** on **Friday, March 21, 2025,**
by delivering to the within named:

### UNITED STATES RAILROAD RETIREMENT BOARD

by personally delivering to **General Counsel, ANA KOCUR**

a true copy of this

### SUMMON IN A CIVIL ACTION, COMPLAINT – CLASS ACTION, EXHIBIT A, CIVIL COVER SHEET and NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

**BEFORE ME,** the undersigned authority, on this day personally appeared KYLE CLUTTER who after being duly sworn on oath states: "My name is KYLE CLUTTER. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Illinois. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
    **KYLE CLUTTER – Process Server**

**Subscribed and Sworn to by KYLE CLUTTER, Before Me, the undersigned authority, on this** ___ **day of March, 2025.**

_____
**Notary Public in and for the State of Illinois**

Official Seal
SIMONE AVAK
Notary Public, State of Illinois
Commission No. 659910
My Commission Expires November 4, 2028