# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION

| | |
|---|---|
| JAMES LOGAN, SR., on behalf of himself and all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES RAILROAD RETIREMENT BOARD,<br>Defendant. | Civil Action No. **4:25-cv-00238-O** |

## RETURN OF SERVICE

Came to hand on **Thursday, March 20, 2025 at 3:30 PM,**
Executed at: **801 CHERRY STREET, SUITE 1700, FORT WORTH, TX 76102**
on **Monday, March 24, 2025,** by delivering to the within named:

### UNITED STATES RAILROAD RETIREMENT BOARD

By delivering to the **CIVIL-PROCESS CLERK AT THE OFFICE OF THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF TEXAS,** by Certified Mail Return Receipt Requested, tracking number 9414 8118 9876 5453 4428 07, a true copy of this

**SUMMON IN A CIVIL ACTION, COMPLAINT – CLASS ACTION, EXHIBIT A, CIVIL COVER SHEET and NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

The return receipt, accepted by **MARIA MARTINEZ, Authorized Agent** of the **CIVIL-PROCESS CLERK AT THE OFFICE OF THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF TEXAS,** is attached to this form.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

My name is Jeremy Lee Wilson, I am at least 18 years old, and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on Tuesday, March 25, 2025

By: _____
**Jeremy Lee Wilson - PSC 12087 - Exp 06/30/25**
served@specialdelivery.com


**UNITED STATES POSTAL SERVICE**

March 25, 2025

Dear Reference 0790125:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9876 5453 4428 07**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | March 24, 2025, 4:55 pm |
| **Location:** | FORT WORTH, TX 76102 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

### Recipient Signature

Signature of Recipient: *Maria Martinez*

Address of Recipient: *8100 Throckmorton 300-17*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



endicia

063S0011485640

$11.18  US POSTAGE
FIRST-CLASS IMI
Mar 20 2025
Mailed from ZIP 75240
9 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 1
11923275

USPS CERTIFIED MAIL

9414 8118 9876 5453 4428 07

UNITED STATES RAILROAD RETIREMENT BOARD
CIVIL-PROCESS CLERK AT THE OFFICE OF THE UNITED
801 CHERRY ST STE 1700
FORT WORTH TX 76102-6817

Special Delivery Service, Inc.
Jeremy Wilson
5470 LYNDON B JOHNSON FWY STE 100
DALLAS TX 75240-1044

0790125

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| James Logan, Sr. <br> *Plaintiff* <br> v. <br> United States Railroad Retirement Board <br> *Defendant* | ) ) ) ) ) ) ) )   Civil Action No. 4:25-cv-00238-O |

## Summons in a Civil Action

**TO:** United States Railroad Retirement Board

These copies of the summons and complaint are to be either:
(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;
or
(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 801 Cherry Street, Suite 1700,Fort Worth, TX 76102-6897)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Siegel
3141 Hood Street
Suite 700
Dallas , TX 75219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 03/14/2025

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-00238-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

**RETURN / AFFIDAVIT PROOF / ATTACHED**

☐ I returned the summons unexecuted because _____; or

☐ other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: