# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JAMES LOGAN, SR., on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES RAILROAD RETIREMENT BOARD,<br><br>Defendant. | Civil Action No.4:25-cv-00238-O |

## AMENDED PROOF OF SERVICE ON THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF TEXAS

Plaintiffs filed this Amended Proof of Service on the United States Attorney for the Northern District of Texas to correct the proof of service filed on March 28, 2025 (ECF No. 5). The attached letter confirms that on March 31, 2025, Assistant United States Attorney George M. Padis accepted service of the Complaint and Summons on behalf of the United States Attorney for the Northern District of Texas pursuant to Federal Rule of Civil Procedure 4(i)(1)(A)(i).

Respectfully submitted,

*/s/ Charles S. Siegel*
Charles S. Siegel
siegel@waterskraus.com
State Bar No. 18341875
Leslie C. MacLean

lmaclean@waterskraus.com
State Bar No. 00794209
Taryn E. Ourso
tourso@waterskraus.com
State Bar No. 24107315

**WATERS KRAUS PAUL & SIEGEL**

3141 Hood Street, Suite 700
Dallas, Texas 75219
Telephone:     (214) 357-6244
Fax:                 (214) 357-7252

*and*

Brant C. Martin
State Bar No. 24002529
brant.martin@wickphillips.com
Colin P. Benton
State Bar No. 24095523
colin.benton@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN, LLP**

100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
Telephone:     (817) 332-7788
Fax:                 (817) 332-7789

*and*

Jeffrey D. Lerner
State Bar No. 12223910
jeff.lerner@thedovefirm.com

**THE DOVE FIRM**

524 E. Lamar Boulevard, Suite 230
Arlington, Texas 76011
Telephone:     (817) 462-0006
Fax:                 (817) 462-0027

*and*

John R. (Scotty) MacLean, III

        State Bar No. 00787942
        smaclean@macleanfirm.com

        **MACLEAN LAW FIRM**
        4916 Camp Bowie Boulevard, Suite 100
        Fort Worth, Texas 76107
        Telephone:   (817) 529-1000
        Fax:             (817) 698-9401

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was e-filed with the Clerk of the United States District Court for the Northern District of Texas and served on all counsel of record through the court's electronic filing system on April 2, 2025.

        */s/ Charles S. Siegel*
        Charles S. Siegel

**THE UNITED STATES ATTORNEY'S OFFICE** *for the*
**NORTHERN DISTRICT** *of* **TEXAS**

GEORGE M. PADIS, *Assistant United States Attorney*

1100 Commerce Street, Third Floor
Dallas, Texas 75242

*Telephone*: 214.659.8600
*Facsimile*: 214.659.8811

April 1, 2025

Charles S. Siegel
WATERS KRAUS PAUL & SIEGEL                    *Via email*
3141 Hood Street, Suite 700,
Dallas, Texas 75219
siegel@waterskraus.com

Re:   *James Logan, Sr., et al., v. United States Railroad Retirement Board*, No. 4:25-cv-00238-O (N.D. Tex.)

Dear Mr. Siegel:

This letter confirms that on March 31, 2025, I accepted on behalf of the United States Attorney for the Northern District of Texas service of the summonses and complaint in the above-captioned action. *See* Fed. R. Civ. P. 4(*i*)(1)(A)(i).

Please note that my authority to accept service of process is limited to service on the United States Attorney for the Northern District of Texas, and I do not have authority to accept service of process on behalf of any other persons (e.g., the Attorney General) for purposes of Fed. R. Civ. P. 4(*i*)(1). So you may need to otherwise arrange for service of any other such necessary persons, if you have not already done so.

At your earliest convenience, please file an amended return of service correcting ECF No. 5 and indicating that I have accepted service on March 31, 2025, on behalf of the United States Attorney.

Yours very truly,

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

George M. Padis
Assistant United States Attorney

Cc: Tami Parker
Taryn Ourso

Case 4:25-cv-00238-O     Document 6     Filed 04/02/25     Page 5 of 5     PageID 60