IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JAMES LOGAN, SR., on behalf of himself and all others similarly situated<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES RAILROAD RETIREMENT BOARD,<br><br>    Defendant. | Civil Action No. 4:25-cv-00238-O |

## APPENDIX IN SUPPORT OF DEFENDANT'S
## <u>MOTION TO DISMISS</u>

                              NANCY LARSON
                              ACTING UNITED STATES
                              ATTORNEY

                              Tami C. Parker
                              Assistant United States Attorney
                              Burnett Plaza, Suite 1700
                              801 Cherry Street, Unit # 4
                              Fort Worth, TX 76102-6882
                              Texas Bar No. 24003946
                              Telephone:  817-252-5200
                              Facsimile:   817-252-5458
                              tami.parker@usdoj.gov

                              Attorneys for Defendant

**Exhibits**

1. RRB-1099-R ................................................................. Def App'x 000001-000002

2. Declaration of Stephanie Hillyard ................................. Def App'x 000003-000004

                                        Respectfully submitted,

                                        NANCY LARSON
                                        ACTING UNITED STATES
                                        ATTORNEY

                                        <u>/s/ Tami C. Parker</u>
                                        Tami C. Parker
                                        Assistant United States Attorney
                                        Burnett Plaza, Suite 1700
                                        801 Cherry Street, Unit # 4
                                        Fort Worth, TX 76102-6882
                                        Texas Bar No. 24003946
                                        Telephone:  817-252-5200
                                        Facsimile:   817-252-5458
                                        tami.parker@usdoj.gov

                                        Attorneys for Defendant

**Appendix in Support of Defendant's Motion to Dismiss - 1**

Certificate of Service

On May 30, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Tami C. Parker
Tami C. Parker
Assistant United States Attorney

**Appendix in Support of Defendant's Motion to Dismiss - 2**