UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JAMES LOGAN, SR., on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES RAILROAD RETIREMENT BOARD,<br><br>    Defendant. | Civil Action No.<br>4:25-CV-00238-O |

## DECLARATION OF STEPHANIE HILLYARD

Pursuant to 28 U.S.C. § 1746, I, **Stephanie Hillyard,** hereby declare:

1. I am the Secretary to the Board for the United States Railroad Retirement Board (RRB). I am over the age of twenty-one and competent to make this Declaration.

2. Pursuant to the Rules of the Board § 204, as Secretary to the Board, I have custody of the official records of the RRB and have full access to the records of the RRB.

3. I conducted a search of RRB records associated with James Logan, Sr., the above-named plaintiff, for any evidence of an administrative claim. No such claim(s) was discovered.

4. The RRB has no record of receiving an administrative claim pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671 *et seq*., from Plaintiff James Logan, Sr.

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on May 21, 2025, in Chicago, Illinois.

By: _____
     FOR THE BOARD
     Stephanie Hillyard
     Secretary to the Board