# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JAMES LOGAN, SR., on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES RAILROAD RETIREMENT BOARD,<br><br>    Defendant. | Civil Action No.4:25-cv-00238-O |

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME FOR FILING MOTION FOR CLASS CERTIFICATION

Pursuant to Local Rule 7.1 and Federal Rule of Civil Procedure 6(b), Plaintiff James Logan, Sr. requests an extension of time to file his motion for class certification. In support of this motion, Plaintiff states:

1. On March 11, 2025, Plaintiff filed his Complaint (ECF No. 1), asserting claims on behalf of himself and a proposed class of former railroad employees who received Tier II benefits under the Railroad Retirement Act.

2. Defendant filed a motion to dismiss on May 30, 2025 (ECF No. 8); Plaintiff's deadline to respond to the motion to dismiss is June 20, 2025.

3. Local Rule 23.2 requires a plaintiff to file a motion for class certification within 90 days of filing a class action complaint. Federal Rule of Civil Procedure 23(c)(1)(A) requires the court to determine by order whether to certify the action as a

class action "at an early practicable time after a person sues . . . as a class representative."

4. In the interests of efficiency and practicality, Plaintiff respectfully requests that the deadline to file for class certification be extended until after the Court disposes of the motion to dismiss and after any amended complaint is filed (and, if applicable, after disposition of any dispositive motions brought against an amended complaint).

5. The requested extension is sought in good faith and will not prejudice any case deadlines.

6. On June 3, 2025, Plaintiff's counsel conferred with Defendant's counsel; Defendant has no objection to the requested relief.

For the above reasons, Plaintiff respectfully requests that the Court extend the deadline for filing a motion for class certification until after the Court disposes of the motion to dismiss and after any amended complaint is filed (and, if applicable, after disposition of any dispositive motions brought against an amended complaint).

Respectfully submitted,

*/s/ Charles S. Siegel*
Charles S. Siegel
siegel@waterskraus.com
State Bar No. 18341875
Leslie C. MacLean
lmaclean@waterskraus.com
State Bar No. 00794209
Taryn E. Ourso

tourso@waterskraus.com
State Bar No. 24107315

**WATERS KRAUS PAUL & SIEGEL**

3141 Hood Street, Suite 700
Dallas, Texas 75219
Telephone:   (214) 357-6244
Fax:         (214) 357-7252

*and*

Brant C. Martin
State Bar No. 24002529
brant.martin@wickphillips.com
Colin P. Benton
State Bar No. 24095523
colin.benton@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN, LLP**

100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
Telephone:   (817) 332-7788
Fax:         (817) 332-7789

*and*

Jeffrey D. Lerner
State Bar No. 12223910
jeff.lerner@thedovefirm.com

**THE DOVE FIRM**

524 E. Lamar Boulevard, Suite 230
Arlington, Texas 76011
Telephone:   (817) 462-0006
Fax:         (817) 462-0027

*and*

John R. (Scotty) MacLean, III
State Bar No. 00787942
smaclean@macleanfirm.com

3

**M<small>AC</small>L<small>EAN</small> L<small>AW</small> F<small>IRM</small>**
4916 Camp Bowie Boulevard, Suite 100
Fort Worth, Texas 76107
Telephone: (817) 529-1000
Fax: (817) 698-9401

*Attorneys for Plaintiffs*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(b), I certify that Plaintiff's counsel conferred with counsel for Defendant on June 3, 2025, regarding the relief requested in this motion. Defendant is unopposed to the requested relief.

*/s/ Charles S. Siegel*
Charles S. Siegel

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2025, a true and correct copy of the foregoing was e-filed with the Clerk of the United States District Court for the Northern District of Texas and served on all counsel of record through the court's electronic filing system.

*/s/ Charles S. Siegel*
Charles S. Siegel