# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JAMES LOGAN, SR., on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES RAILROAD RETIREMENT BOARD,<br><br>    Defendant. | Civil Action No.4:25-cv-00238-O |

## ORDER

Upon consideration of Plaintiff's Unopposed Motion to Extend Time for Filing Motion for Class Certification, and for good cause shown:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHERED ORDERED** that Plaintiff's deadline for filing a motion for class certification is extended until after the Court disposes of the motion to dismiss and after any amended complaint is filed (and, if applicable, after disposition of any dispositive motions brought against an amended complaint).

Dated: _____, 2025    _____
                                                                                The Honorable Reed O'Connor
                                                                                United States District Court Judge