IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JAMES LOGAN, SR. | § | |
| | § | |
|   Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-CV-00238-O |
| | § | |
| UNITED STATES RAILROAD | § | |
| RETIREMENT BOARD | § | |
| | § | |
|   Defendant. | § | |

## ORDER

    Before the Court is Plaintiff's Unopposed Motion to Extend Time for Filing Motion for Class Certification (ECF No. 10), filed June 3, 2025.  Finding good cause and noting that the Motion is unopposed, the Court hereby **GRANTS** Plaintiff's Motion.  It is therefore **ORDERED** that Plaintiff's deadline for filing a motion for class certification is extended until after the Court disposes of the motion to dismiss and after any amended complaint is filed (and, if applicable, after disposition of any dispositive motions brought against an amended complaint).

    **SO ORDERED** on this **4th day** of **June, 2025**.

                                                              _____
                                                              Reed O'Connor
                                                          UNITED STATES DISTRICT JUDGE