# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JAMES LOGAN, SR., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES RAILROAD RETIREMENT BOARD,<br><br>Defendant. | Civil Action No. 4:25:cv-00238-O |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

On May 30, 2025, Defendant filed a motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), (*see* ECF No. 8), giving Plaintiff until June 20, 2025, to respond to the motion or amend his complaint as a matter of course, (L.R. 7.1(e), FED. R. CIV. P. 15(a)(1)(B)).

On June 20, 2025, Plaintiff timely filed an amended complaint that supersedes, and in no way refers to, the original complaint. *See King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994) (per curiam) ("An amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading."). Because the original complaint is inoperative, Plaintiff respectfully requests that the Court enter an order denying Defendant's motion to dismiss the original complaint as moot.

1

Respectfully submitted,

*/s/ Charles S. Siegel*
Charles S. Siegel
siegel@waterskraus.com
State Bar No. 18341875
Leslie C. MacLean
lmaclean@waterskraus.com
State Bar No. 00794209
Taryn E. Ourso
tourso@waterskraus.com
State Bar No. 24107315

**WATERS KRAUS PAUL & SIEGEL**
3141 Hood Street, Suite 700
Dallas, Texas 75219
Telephone:    (214) 357-6244
Fax:              (214) 357-7252

*and*

Brant C. Martin
State Bar No. 24002529
brant.martin@wickphillips.com
Colin P. Benton
State Bar No. 24095523
colin.benton@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN, LLP**
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
Telephone:    (817) 332-7788
Fax:              (817) 332-7789

*and*

Jeffrey D. Lerner
State Bar No. 12223910
jeff.lerner@thedovefirm.com

**THE DOVE FIRM**
524 E. Lamar Boulevard, Suite 230
Arlington, Texas 76011
Telephone:	(817) 462-0006
Fax:	(817) 462-0027

*and*

John R. (Scotty) MacLean, III
State Bar No. 00787942
smaclean@macleanfirm.com

**MACLEAN LAW FIRM**
4916 Camp Bowie Boulevard, Suite 100
Fort Worth, Texas 76107
Telephone:	(817) 529-1000
Fax:	(817) 698-9401

*Attorneys for Plaintiffs*