IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **JAMES LOGAN, SR.** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | Civil Action No. 4:25:cv-00238-O |
| **UNITED STATES RAILROAD** § | |
| **RETIREMENT BOARD** § | |
| § | |
| **Defendant.** § | |

## ORDER

Before the Court is Defendant's Motion to Dismiss and Brief in Support (ECF No. 8), filed May 30, 2025. After Defendant filed the Motion, Plaintiff timely filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), rendering the original complaint inoperative as a matter of law and the Motion moot.

The Court **DENIES** Defendant's Motion as moot and **ORDERS** Defendant to respond to the amended complaint within 14 days after service of the amended complaint.

**SO ORDERED** on this ___ **day** of ____, **2025**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1