IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JAMES LOGAN, SR. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-CV-00238-O |
| | § | |
| UNITED STATES RAILROAD | § | |
| RETIREMENT BOARD | § | |
| | § | |
| Defendant. | § | |

## ORDER

On June 20, 2025, Plaintiff filed his First Amended Complaint (ECF No. 13). At the time of amendment, Defendant's Motion to Dismiss (ECF No. 8) was pending. It is well-settled that "[t]he filing of an amended complaint generally renders pending motions to dismiss as moot." *Singh & Singh LLC v. Berkley Assurance Co.*, No. 4:16-CV-00481-O, 2017 WL 3723770, at *3 (N.D. Tex. Feb. 13, 2017) (quoting *Stredwick v. Dallas Margarita Soc'y, Inc.*, No. 3:12-CV-00623-F, 2012 WL 12893431 (N.D. Tex. Sept. 4, 2012)). Because Plaintiff properly filed his First Amended Complaint as a matter of course within the time period permitted by Federal Rule of Civil Procedure 15(a)(1)(B), the Court **DENIES as moot** Defendant's Motion to Dismiss.

**SO ORDERED** on this **23rd day of June, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1