IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

JAMES LOGAN, SR., on behalf of himself
and all others similarly situated

      Plaintiffs,

v.

UNITED STATES RAILROAD
RETIREMENT BOARD,

      Defendant.

Civil Action No. 4:25-cv-00238-O

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO FILE A REPLY IN SUPPORT OF DISMISSAL**

Defendant, the United States Railroad Retirement Board, respectfully moves pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) for a one-week extension of time to file its reply in support of dismissal. In support thereof Defendant states as follows:

Plaintiff's response to dismissal was filed July 28, 2025. (Doc. 20.) Defendant's reply in support of dismissal is currently due on or before Monday, August 11, 2025. The issues in this case are somewhat novel, and the time for preparing the reply has overlapped with a number of new cases requiring expedited investigation and briefing. Despite counsel's best efforts, Defendant has been unable to complete the reply and the necessary internal review process through both the client agency and the United States Attorney's Office. Defendant will continue to work diligently to get reply on file as quickly as possible but requires additional time to finalize the pleadings.

**Defendant's Motion for Extension of Time to Answer– Page 1**

In light of the above, Defendant respectfully requests a one-week extension of deadline to file its reply. Plaintiff does not oppose this extension of time, and the instant request is not made for any improper purpose.

Dated: August 8, 2025

Respectfully submitted,

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

*s/Tami C. Parker*
Tami C. Parker
Assistant United States Attorney
Burnett Plaza, Suite 1700
801 Cherry Street, Unit # 4
Fort Worth, TX 76102-6882
Texas Bar No. 24003946
Telephone:  817-252-5200
Facsimile:   817-252-5458
E-mail:  tami.parker@usdoj.gov

**Defendant's Motion for Extension of Time to Answer– Page 2**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on August 7, 2025, I conferred with counsel for the Plaintiff by electronic mail.  Plaintiff is not opposed to a one-week extension of time.

*s/Tami C. Parker*
Tami C. Parker
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

On August 8, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Tami C. Parker
Tami C. Parker
Assistant United States Attorney
