IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JAMES LOGAN, SR., on behalf of himself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES RAILROAD RETIREMENT BOARD,<br><br>Defendant. | Civil Action No. 4:25-cv-00238-O |

# **ORDER**

Upon consideration of Defendants' Motion for an Extension of Time to File a Reply in Support of Dismissal, it is hereby

ORDERED that the Defendant's motion is GRANTED, and the deadline for the Defendants to answer or otherwise respond to Plaintiff's amended complaint is hereby extended to August 18, 2025.

**SO ORDERED** on this ____ day of August, 2025.

_____
REED O'CONNOR
UNITED STATES DISTRICT COURT

Order – Solo Page