IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JAMES LOGAN, SR. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-CV-00238-O |
| | § | |
| UNITED STATES RAILROAD | § | |
| RETIREMENT BOARD | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Unopposed Motion for an Extension of Time to File a Reply in Support of Dismissal (ECF No. 21), filed August 8, 2025. Finding good cause and noting that the Motion is unopposed, the Court hereby **GRANTS** Defendant's Motion. It is hereby **ORDERED** that the deadline for the Defendant to file its Reply is extended to **August 18, 2025**.

**SO ORDERED** on this **11th day** of **August, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1