# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JAMES LOGAN, SR., on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES RAILROAD RETIREMENT BOARD,<br><br>    Defendant. | Civil Action No. 4:25-cv-00238-O |

## JOINT MOTION TO SUSPEND SCHEDULING DEADLINES PENDING RULING ON DEFENDANT'S MOTION TO DISMISS

TO THE HONORABLE REED O'CONNOR, UNITED STATES DISTRICT JUDGE:

    Pursuant to Federal Rule of Civil Procedure 16(b)(4), the parties jointly move the Court to issue an order suspending all scheduling deadlines in this case pending a ruling on Defendant's Motion to Dismiss filed on July 7, 2025 (ECF 19). Before Defendant filed its motion, the Court issued a Scheduling Order on July 3, 2025 (ECF 17).

    Defendant moved to dismiss Plaintiff's Amended Complaint (ECF 13) under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), arguing Plaintiff failed to state a claim and did not establish a waiver of the government's sovereign immunity. Pursuant to the scheduling order, initial expert designations are due October 6, 2025, and the discovery deadline is January 2, 2026 (*see* ECF 17 at 1).

    The parties anticipate that the Court's ruling on the motion to dismiss will allow them to determine how to most efficiently resolve this case, including by clarifying which matters will require further discovery and expert analysis. Accordingly, pursuant to its authority under Rule

16(b)(4), the parties respectfully request that the Court enter an order suspending all scheduling deadlines established by the Court's scheduling order until the Court has ruled on the motion to dismiss and thereby clarified the scope of the case.

Dated: September 24, 2025

/s/ Tami C. Parker
NANCY LARSON
ACTING UNITED STATES
ATTORNEY

Tami C. Parker
Assistant United States Attorney
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Texas Bar No. 24003946
Telephone:   (817) 252-5200
Facsimile:    (817) 252-5458
tami.parker@usdoj.gov

*Attorneys for Defendant*

Respectfully submitted,

/s/ Charles S. Siegel
Charles S. Siegel
siegel@waterskraus.com
State Bar No. 18341875
Leslie C. MacLean
lmaclean@waterskraus.com
State Bar No. 00794209
Taryn E. Ourso
tourso@waterskraus.com
State Bar No. 24107315

**WATERS KRAUS PAUL & SIEGEL**
3141 Hood Street, Ste. 700
Dallas, Texas 75219
Telephone:   (214) 357-6244
Fax:               (214) 357-7252

and

Brant C. Martin
State Bar No. 24002529
brant.martin@wickphillips.com
Colin P. Benton
State Bar No. 24095523
colin.benton@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN, LLP**
100 Throckmorton Street, Ste. 1500
Fort Worth, Texas 76102
Telephone:   (817) 332-7788
Fax:               (817) 332-7789

and

3

Jeffrey D. Lerner
State Bar No. 12223910
jeff.lerner@thedovefirm.com

**THE DOVE FIRM**
524 E. Lamar Boulevard, Ste. 230
Arlington, Texas 76011
Telephone: (817) 462-0006
Fax: (817) 462-0027

*and*

John R. (Scotty) MacLean, III
State Bar No. 00787942
smaclean@macleanfirm.com

**MACLEAN LAW FIRM**
4916 Camp Bowie Blvd., Ste. 100
Fort Worth, Texas 76107
Telephone: (817) 529-1000
Fax: (817) 698-9401

*Attorneys for Plaintiff*