# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JAMES LOGAN, SR., on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES RAILROAD RETIREMENT BOARD,<br><br>   Defendant. | Civil Action No.4:25-cv-00238-O |

## **ORDER**

Upon consideration of the parties' Joint Motion to Suspend Scheduling Deadlines Pending Ruling on Defendant's Motion to Dismiss, and for good cause shown:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHERED ORDERED** that all scheduling deadlines established by the Court's Scheduling Order (ECF 17) are hereby suspended pending the Court's ruling on Defendant's Motion to Dismiss (ECF 19).

Dated: _____, 2025      _____
                                                                                  The Honorable Reed O'Connor
                                                                                  United States District Court Judge