## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **JAMES LOGAN, SR.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Civil Action No. 4:25-CV-00238-O** |
| | § | |
| **UNITED STATES RAILROAD** | § | |
| **RETIREMENT BOARD** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court is the Parties' Joint Motion to Suspend Scheduling Order Deadlines (ECF No. 24). Having considered the Motion, the Court finds good cause to **GRANT** the Motion.

Accordingly, **IT IS ORDERED** that all deadlines set in the Court's Scheduling Order (ECF No. 17) are **STAYED** pending further order of the Court.

**SO ORDERED** on this **8th day** of **October, 2025**.

Reed O'Connor

**CHIEF UNITED STATES DISTRICT JUDGE**