**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JAMES LOGAN, SR.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No.  4:25-CV-00238-O |
| | § | |
| **UNITED STATES RAILROAD** | § | |
| **RETIREMENT BOARD** | § | |
| | § | |
| **Defendant.** | § | |

**FINAL JUDGMENT**

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.      Defendant's Motion to Dismiss is **GRANTED**.

2.      Plaintiff's claims are **DISMISSED without prejudice**.

3.      The clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **30th day** of **March, 2026**.


_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

1